Independent Psychological Evaluation  Suazo Vargas, Marcela   40
February 4, 2019

## Addendum E

### Marcela Vargas' Educational records, 2008 – 2018

Marcela had previously attended kindergarten in Texas before moving to Wisconsin to attend schools in North Freedom, Baraboo, Dodgeville, and Boscobel. She had an IEP in second grade for intellectual disabilities in Mauston, WI before her evaluation in third grade at Cherokee Middle School in January 2008 at 9 years old. Results of this 2008 evaluation were described as an inaccurate reflection of Marcela's skills. It was noted that specific test scores were hampered by Marcela's limited English and Spanish difficulties. She did not meet criteria for an intellectual or emotional/behavioral disability but was diagnosed with a Specific Learning Disability and Speech or Language Impairment. Marcela's mother raised concerns about Marcela's safety due to being easily manipulated. Poor language skills were thought to contribute to her relational isolation. Avoiding activities and preferring her own interests were also noted.

In her November 2012 IEP report, the next provided IEP record, Marcela was found to have an Intellectual Disability and Speech/Language Impairment. Difficulties understanding and coping with her menstrual cycle, accomplishing chores, understanding and interacting with her 6 year-old brother and interacting with peers were noted. Marcela was also described as easily agitated and responding with tantrums, screaming, profanity, and scratching and pinching family members and herself. Three previous hospitalizations for psychoticism and a diagnosis of Psychotic Disorder Not Otherwise Specified had occurred. Special Education was to focus primarily on independent living skill acquisition.

In the January 2013 IEP evaluation, Marcela was diagnosed with the same disabilities, but she did not meet criteria for an emotional/behavioral disability despite prior hospitalizations for psychoticism. Transitions to new environments were noted as causing anxiety, regressive behavior including incontinence, and non-communication. An October 2013 detention was issued for refusing to sit in her seat and do her work because she "didn't want to." A November 2013 out-of-school suspension occurred when Marcela "stormed out of the classroom" many times, hit a male student, then "stormed out" again, began crying, and claimed that the male student hit her. Academic goals included instruction in independent living skills, English, math, health, physical education, and art.

The January 2014 IEP report noted that Marcela continued with the same Intellectual Disability and Speech/Language Impairment. More disruptive behaviors at school were identified such as refusing to do work, leaving a classroom, and swearing at peers. She was also desiring relationships with boys. Marcela was to continue with acquisition of independent living skills.

The January 2015 IEP report, Marcela continued with the same Intellectual Disability and Speech/Language Impairment. It was noted that she had been hospitalized in June

Independent Psychological Evaluation  Suazo Vargas, Marcela   41
February 4, 2019

2014 with psychotic symptoms. At school, Marcela seemed unable to recognize her disabilities and their affect on her behavior. She often refused to do chores at home or to do work at school. Disruptive behaviors, as noted above, continued. She also reported feeling sick 3-5 times per week, complained of stomach pain, had difficulty while "dating," and required prompts 60% of the time while at her vocational site. Classes for independent living skills were to continue. Marcela then transferred to the Sun Prairie School District in November 2015 due to foster care placement with Ferry Neely. A December 2015 IEP report confirmed Marcela's Intellectual Disability and Speech/Language Impairment. Inappropriate relational communication occurred at the foster home and at school when Marcela often talked about having a baby and wanting a boyfriend or husband, talking about sex, trying to kiss a student, and telling a recent male acquaintance on the phone that she loved him and wanted to have sex. She was also observed invading a male student's personal space and asked him several times whether he liked her despite the male student's request for her to get away. In the latter situation, Marcela required several minutes of redirection before she went home. Finally, Marcela said she missed her mother and wanted to return home. It is interesting to note that a Speech and Language assessment found her language skills equivalent to a 3 or 4 year-old. She was to continue learning independent skills.

A May 2016 IEP report from Sun Prairie School District re-iterated Marcela's academic status and needs. An August 2016 IEP report for Verona Area High School noted that Marcela required constant supervision at home and in the community due to her disabilities and related vulnerability. It was noted that Marcela had been unattended for 3 ½ minutes, was found in the bathroom with a male student, and possible sexual activity was reported. She continued to "enjoy" talking about sex and having a baby (p. 5). Academics focused on building independent living skills again. A December 2016 IEP report from James Madison Memorial High School did the same. It also noted that Marcela required assistance in all steps of her vocational placements such as the Verona Public Library, Goodwill, and the Pizza Ranch. Supervision throughout her day was required since Marcela's "promiscuous" behavior with boys and preoccupation with wanting a baby made her vulnerable (p.3). Belligerence, inconsolable crying, and leaving the classroom occurred several times. She also reported feeling scared and being bitten by another student, but these incidents were dismissed as untrue after discussion with Marcela.

A January 2017 IEP provided information about Marcela's second year in the 18-21 year-old program. Her preoccupation with wanting to have a baby had become less consistent. This IEP also referenced the January 2017 neuropsychological report with diagnosis of Post-traumatic Stress Disorder and resulting "behavioral dysregulation" and need for "constant supervision within her learning environments" (p. 3). A full-scale IQ of 53 with related impairments were described. Overall, Marcela required constant assistance and supervision, inclusion of psychiatric, therapy, and community services, monitoring of physical changes as an indicator of emotional status due to communication deficits, assistance in distinguishing misperceptions and incorrect recall, long-term supportive adult services, and assistance with anger management and work functioning. A December 2017 IEP review reiterated earlier concerns and

Independent Psychological Evaluation  Suazo Vargas, Marcela   42
February 4, 2019

recommendations, but it provided first quarter progress only. "Inappropriate" worksite communication was described along with "up and down" behavior. One of these behaviors involved crying and yelling that staff were not listening to her and that she had stomach pain and wanted to go home. Recommendations were reiterated along with continued instruction in appropriate social behaviors, frustration tolerance, and other independent living skills.

An April 2018 progress report noted that since 2018, Marcela had been absent 16 days in January, 15 total days in February, 17 days in March, 20 days in April, and 10 days in May. During the second quarter, it was noted that "Marcela's attendance has been very sporadic," that her stomach hurt, and she asked to go home. Third quarter information described little progress toward goals due to absence. Fourth quarter information was not provided because of Marcela's absences.