IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MARCELA NICOLE SAUZON VARGAS,
by and through MAYRA VARGAS RUIZ,

    Plaintiff,

v.

MADISON METROPOLITAN SCHOOL
DISTRICT, JENNIFER CHEATHUM, and
COMMUNITY INSURANCE
CORPORATION ,

    Defendants.

Case No. 18-cv-272-slc

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants Madison Metropolitan School District, Jennifer Cheathum, and Community Insurance Corporation against plaintiff Marcela Nicole Sauzo Vargas, by and through Mayra Vargas Ruiz dismissing this case.

    s/V. Olmo, Deputy Clerk          5/20/2019
    Peter Oppeneer, Clerk of Court       Date